JODKA, APPELLANT, *v.* THE CITY OF CLEVELAND ET AL., APPELLEES.

[Cite as *Jodka v. Cleveland,* 143 Ohio St.3d 50, 2015-Ohio-860.]

(No. 2014–0636—Submitted July 9, 2014—Decided March 12, 2015.)

{¶ 1} This cause, here on appeal from the Court of Appeals for Cuyahoga County, was considered in the manner prescribed by law. On consideration thereof, the judgment of the court of appeals is reversed on the authority of *Walker v. Toledo,* 143 Ohio St.3d 420, 2014-Ohio-5461, 39 N.E.3d 474, and this cause is remanded to the trial court for further proceedings.

O'CONNOR, C.J., and LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

O'DONNELL, J., not participating.

Mayle, Ray & Mayle, L.L.C., Andrew R. Mayle, Jeremiah S. Ray, and Ronald J. Mayle; and Murray & Murray Co., L.P.A., and John T. Murray, for appellant.

Barbara Langhenry, Director of Law, and Gary Singletary, Assistant Director of Law, for appellee city of Cleveland.

Baker & Hostetler, L.L.P., Gregory V. Mersol, and Chris Bator, for appellees Affiliated Computer Services, Inc., Boulder Acquisition Corp., and Xerox Corp.